■ DEBORAH HUDSON, Respondent, v WILLIAM O. HUDSON, Appellant.—Appeal by the defendant husband, as limited by his brief, from so much of a judgment of the Supreme Court, Nassau County (Levitt, J.), dated September 25, 1985, as awarded the plaintiff wife counsel fees.

Ordered that the judgment is affirmed, insofar as appealed from, without costs or disbursements. No opinion. Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.